UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS, ET AL.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>BRIAN MITCHELL,<br><br>  Defendant(s).<br>_____/ | No. C 08-02178 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: May 1, 2008

Signature: _Kimberly A. Hancock_

KIMBERLY A. HANCOCK

Counsel for Plaintiffs
(Name or party or indicate "pro se")

United States District Court / For the Northern District of California