AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ Northern _____ DISTRICT OF _____ California _____

E-filing

See 1 in Addendum

V.

BRIAN MITCHELL, as an individual and doing business as "Precision Masonry",
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

JCS

CV 08    2178

TO: (Name and address of defendant)

BRIAN MITCHELL
433 Gilcrest Ave.
Vallejo, CA 94591

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      APR 28 2008
_____                         _____
CLERK                                                   DATE

(BY) DEPUTY CLERK  Helen K. Almacen

## Addendum

1. TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND;
    Plaintiffs.