AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern —— DISTRICT OF —— California

E-filing

See 1 in Addendum
V.
BRIAN MITCHELL, as an individual and doing business as "Precision Masonry",
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: JCS

CV 08    2178

TO: (Name and address of defendant)
BRIAN MITCHELL
433 Gilcrest Ave.
Vallejo, CA 94591

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

(BY) DEPUTY CLERK   Helen K. Almacen

DATE   APR 28 2008

## Addendum

1. TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND;
     Plaintiffs.

| Attorney Or Party Without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| KIMBERLY A. HANCOCK, ESQ. (205567)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2496170 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>TRUSTEES OF THE BRICKLAYERS LOCAL NO.3 PENSION TRUST; etc., et al. | | |
| Defendant:<br>BRIAN MITCHELL, etc. | | |
| **PROOF OF SERVICE** | Date:   Time:   Dept/Div: | Case Number:<br>CV08 2178 JCS |

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; INJUNCTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITD STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : BRIAN MITCHELL

By Serving         : RON RODGERS, Office Manager

Address            : 433 Gilcrest Avenue, Vallejo, California 94591
Date & Time        : Monday, May 5, 2008 @ 5:40 p.m.
Witness fees were  : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 341
   (3) County: San Francisco
   (4) Expires: 7/26/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 7, 2008    Signature: _____
                                Scott E. Lane



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)   : TRUSTEES OF THE BRICKLAYERS LOCAL NO.3
Defendant(s) : BRIAN MITCHELL, etc.

Hearing Date:
Time:            Dept.

Invoice No. W2496170    DECLARATION RE DILIGENCE    Case No. CV08 2178 JCS

I Scott E. Lane , and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### BRIAN MITCHELL

(3) Alternate Address : ,
(2) Business Address  : Unknown,
(1) Residence Address :433 Gilcrest Avenue, Vallejo, California 94591

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| 05/02/08 | 8:00 p.m. | No answer - residence dark | 1 |
| 05/03/08 | 10:30 a.m. | No answer at residence | 1 |
| 05/03/08 | 7:30 p.m. | No answer - residence dark | 1 |
| 05/04/08 | 4:00 p.m. | No answer | 1 |
| 05/04/08 | 5;20 p.m. | No answer | 1 |
| 05/04/08 | 8:30 p.m. | No answer - residence dark | 1 |
| 05/05/08 | 7:10 a.m. | No answer | 1 |
| 05/05/08 | 5:40 p.m. | Subserved RON RODGERS, Office Manager. | 1 |

This Declaration is based upon business records maintained in the normal course of business I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on May 7, 2008                    Signature:_____/s/ Scott E. Lane_____
                                                              Scott E. Lane

**WHEELS OF JUSTICE, INC.**, 657 Mission Street, Suite 502 San Francisco, CA 94105  (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KIMBERLY A. HANCOCK, ESQ. (205567)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2496170 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO.3 PENSION TRUST; etc., et al.

Defendant:
BRIAN MITCHELL, etc.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08 2178 JCS |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On May 6, 2008, I served the within:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; INJUNCTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITD STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

BRIAN MITCHELL
433 Gilcrest Avenue
Vallejo, California 94591

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 7, 2008

Signature: _____
Edwina Galvan

Printed on recycled paper

Judicial Council form, rule 982(a) (23)