David Miller, SBN 104139
MILLER & ANGSTADT
A Professional Corporation
1910 Olympic Blvd., Ste. 220
Walnut Creek, CA 94596
Telephone: (925) 930-9255
Facsimile: (925) 930-7595

Attorney for Defendant
Brian Mitchell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3, <br><br> Plaintiff(s), <br><br> v. <br><br> BRIAN MITCHELL, <br><br> Defendant(s). | No. CV08-2178 JCS <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 25, 2008

Signature

Counsel for Defendant
(Plaintiff, Defendant or indicate "pro se")