1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorney for Plaintiffs

6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 TRUSTEES OF THE BRICKLAYERS LOCAL NO.  ) CASE NO. 08-02178 JCS
   3 PENSION TRUST; TRUSTEES OF THE        )
11 BRICKLAYERS LOCAL NO. 3 HEALTH AND      )
   WELFARE TRUST; TRUSTEES OF THE          ) STIPULATION FOR
12 BRICKLAYERS AND ALLIED CRAFTS LOCAL     ) DISMISSAL WITHOUT
   NO. 3 APPRENTICE TRAINING TRUST;        ) PREJUDICE
13 INTERNATIONAL UNION OF                  )
   BRICKLAYERS AND ALLIED CRAFTWORKERS     )
14 AFL-CIO, LOCAL UNION NO. 3, on behalf   )
   of itself and as agent for             )
15 its members; TRUSTEES OF THE            )
   INTERNATIONAL UNION OF BRICKLAYERS AND )
16 ALLIED CRAFTSMEN PENSION FUND,          )
                                           )
17          Plaintiffs,                    )
                                           )
18      vs.                                )
                                           )
19 BRIAN MITCHELL, as an individual and    )
   doing business as "Precision Masonry", )
20                                         )
              Defendant.                   )
21

22      Pursuant to FRCivP 41(a)(ii), the undersigned parties

23 through their counsel of record hereby stipulate to and request

24 the dismissal, without prejudice, of this entire action.

25

26 Dated: July 30, 2008          By: /S/ Kimberly A. Hancock
                                     Katzenbach and Khtikian
                                     Kimberly A. Hancock
27                                   Attorney for PLAINTIFFS

28

1

2

3

4    Dated: July 30, 2008              By

5                                    David Miller
Attorney for Defendant

6                                    BRIAN MITCHELL
d.b.a. Precision Masonry

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL
CASE NO. C 08-02178 JCM