Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BRIAN MITCHELL, as an individual and doing business as "Precision Masonry",<br><br>    Defendant. | CASE NO. 08-02178 JCS<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

   Pursuant to FRCivP 41(a)(ii), the undersigned parties through their counsel of record hereby stipulate to and request the dismissal, without prejudice, of this entire action.


Dated: July 30, 2008          By: /S/ Kimberly A. Hancock
                                  Katzenbach and Khtikian
                                  Kimberly A. Hancock
                                  Attorney for PLAINTIFFS

1
2
3
4  Dated: July 30, 2008                By  _____
5                                          David Miller
                                            Attorney for Defendant
6                                           BRIAN MITCHELL
                                            d.b.a. Precision Masonry
7
8
9
10  Dated: Aug. 4, 2008
11
12 
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
       STIPULATION FOR DISMISSAL
       CASE NO. C 08-02178 JCM